UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| J. DAWLEY,<br><br>　　Plaintiff,<br><br>v.<br><br>ACME BLOCK & BRICK, INC.,<br><br>　　Defendant. | Case No. 2:19-cv-00052<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

　　The Magistrate Judge held a telephone conference with counsel for the parties on July 8, 2020. Counsel report that discovery is progressing. By July 22, 2020, counsel shall file a notice confirming that they have established a calendar to conduct fact and expert depositions within the case management deadlines established by the Court's prior order (Doc. No. 33). Counsel are encouraged to consider the use of remote depositions to ensure the safety of all involved during the COVID-19 pandemic. Should counsel require another case management conference, they shall request one in their filing.

　　Counsel were also reminded of their requirement to make a good-faith attempt at case resolution and, if they are not successful, to file a detailed statement of their plan for further case resolution efforts including private mediation, if appropriate, by September 21, 2020.

　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge