UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| J. DAWLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:19-cv-00052 ) |
| ACME BLOCK AND BRICK, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 91). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE